

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00325-CV

**IN THE INTEREST OF R.A.S.**, a Child,

From the 456th District Court, Guadalupe County, Texas
Trial Court No. 18-0158-CV-B
Honorable Heather H. Wright, Judge Presiding

BEFORE JUSTICE SPEARS, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 38.8(a)(1) (allowing appellate courts to dismiss an appeal for want of prosecution when an appellant fails to timely file a brief); *see also* TEX. R. APP. P. 42.3(c) (allowing appellate courts to dismiss an appeal when an appellant fails to comply with a court order). It is ORDERED that no costs are assessed against appellant because he is entitled to proceed without payment of costs. TEX. R. APP. P. 20.1; TEX. R. CIV. P. 145.

SIGNED January 8, 2025.

_____
Adrian A. Spears II, Justice